LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Jason Marshall

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Jason Marshall, | Case No.:CV10-03661-DMG(FFMx) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) JS6** |
| vs. | |
| RJM Acquisitions; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties by and through their counsel of record, filed on July 28, 2010, this action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: July 30, 2010

_____
Hon. Dolly M. Gee
United States District Judge